Elihue Mahler 17-029132
P.O. Box 6098
VA Beach, VA 23456

RETURN SERVICE REQUESTED



PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNE
ZIP 23454 $ 000.45⁸
02 1W
CC01397761 JUL 20 2018

Office of Clerk,
U.S. District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

2231435798 C031

VIRGINIA BEACH
CORRECTIONAL
FACILITY