# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

Fernando Galindo
Clerk of court

Rebecca Beach Smith
Chief Judge

### Acknowledgement of Receipt

The court is in receipt of your complaint/petition. The case has been assigned as outlined below. Please make sure to include this case number on all future filings and correspondence made in connection with this matter.

Caption: Elihue M. Mahler vs. Kenneth Stolle

Case Number: 1:18-cv-962 AJT/MSN

Please mail future filings and correspondence made in connection with this matter to:

Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314